IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ASHLEY DEAN BOWLING, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> UNITED STATES DEPARTMENT OF § <br> JUSTICE, DEFENDANTS UNKNOWN § <br> (NSA, FBI, DHS, *et al.*), § <br> § <br> Defendants. § | CIVIL ACTION NO. 4:25-CV-732-RWS-JBB |

## **ORDER**

Before the Court is the August 19, 2025 Report and Recommendation of the United States Magistrate Judge (Docket No. 6), which contains his proposed findings of fact and recommendations for the disposition of this case. The case was referred to United States Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge recommends Plaintiff's case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Plaintiff Ashley Dean Bowling, proceeding *pro se*, received the Report and Recommendation via electronic notification on August 19, 2025. *See* Docket No. 4. Plaintiff did not object to the Report and Recommendation. Because no objections have been filed, Plaintiff is barred from *de novo* review by the District Court of the Magistrate Judge's findings, conclusions, and recommendations; and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville, Tex.*, 858 F.3d 348, 352 (5th Cir. 2017) ("[W]e review for plain error any of the Magistrate Judge's factual findings and legal conclusions that were accepted by the district court and to which Appellants failed to object.").

The Court has reviewed the pleadings in this case and the Report and Recommendation of the Magistrate Judge. After review, the Court concludes that the Report and Recommendation of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a Magistrate Judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the above-styled and numbered case is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 15th day of September, 2025.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE